Norman E. Lemmon and Raymond N. Lemmon, appellees, v. J. Gray Lucas, appellant. Gen. No. 28,106.

Action of replevin of a storage battery. Judgment for plaintiffs. Appeal from the County Court of Cook county; the Hon. Frank S. Righeimer, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed March 13, 1923.

Walter M. Farmer and J. Gray Lucas, for appellant. Cavender & Kaiser, for appellees.

Mr. Justice Morrill delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Alma Cusick and Harry Cuzak, plaintiffs in error. Gen. No. 27,829.

Prosecution for pandering. Sentenced to house of correction for one year and fined $1,000. Error to the Criminal Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed March 19, 1923. Rehearing denied April 2, 1923.

Lewis F. Jacobson, Roy C. Merrick and Cameron Latter, for plaintiffs in error. Robert E. Crowe, for defendant in error; Edward E. Wilson and Clyde C. Fisher, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Mike Madick, plaintiff in error. Gen. No. 27,898.

Prosecution for wrongfully having possession of intoxicating liquors, in violation of Illinois Prohibition Act. Defendant sentenced to fine and imprisonment. Error to the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed March 19, 1923.

Hill, Melaniphy & Pedderson, for plaintiff in error; John C. Melaniphy, of counsel. Robert E. Crowe, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Niederman Furniture and Carpet Company, appellee, v. Charles Schuller, appellant. Gen. No. 27,929.

Action for balance due for merchandise sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank E. Reed, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 19, 1923.

Harry Brown, for appellant. Samuels, Lawton & Wittelle, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.